## Affidavit in Support of Criminal Complaint and Arrest Warrant for
## Marcus Jamal SHANKLE

I, Bryan Wiggins, a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1.      I am employed as a Charlotte Mecklenburg Police Department (CMPD) detective and have been so employed since 2013.  I am currently assigned to the ATF Violent Crimes Task Force. As an ATF Task Force Officer, I investigate alleged federal law violations.  I have been employed with the Charlotte-Mecklenburg Police Department since July 2013. I am currently assigned to the Anti-Crime/Violent Crimes Task Force.  The sole purpose of this unit is to address criminal activity involving individuals who illegally possess firearms along with conducting proactive firearms investigations.  During my law enforcement career, I have been involved in over 500 arrests, multiple search warrants, and undercover operations.  I have completed Basic Law Enforcement Training as mandated by the North Carolina Department of Justice and have attended numerous courses on narcotics, weapons, and gang related investigations at the local, state, and federal level.

2.      The facts set forth in this Affidavit are based on my personal knowledge, information supplied to me by other law enforcement personnel, and other sources of information. I am familiar with all aspects of this investigation. The information contained in this Affidavit is provided for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for Marcus Jamal SHANKLE for a

1

violation of Title 18, United States Code, Section 922(g)(1). As a result, it does not contain all the information known to me regarding this investigation.

**FACTS IN SUPPORT OF PROBABLE CAUSE**

3.      On September 12, 2024, a citizen called 911 to report that Marcus SHANKLE was in possession of a firearm in the 2900 block range of Prospect Drive, Charlotte. The caller stated that SHANKLE was repeatedly "clutching" the firearm while creating a disturbance. The caller called back within 20 minutes. The 911 operator noted that, per the caller, the situation had escalated and SHANKLE was now brandishing the firearm. The caller stated that SHANKLE was seen driving a black Lincoln sedan. The Crime Reduction Unit ("CRU") of the North Tryon division of the Charlotte-Mecklenburg Police Department decided to initiate a proactive investigation.

4.      On October 3, 2024, at approximately 1700 hours, officers with the North Tryon CRU began surveillance in the parking lot of 2029 Prospect Drive. Officers observed SHANKLE pulling into the parking lot operating his black Lincoln sedan. Officers conducted surveillance on SHANKLE, who they observed standing outside of his vehicle and walking to and from 2029 Prospect Drive. On several occasions, an officer observed what he believed to be a firearm concealed in SHANKLE'S left waistband area. This officer saw SHANKLE pat the suspected firearm and adjust his waistband several times. The officer recognized, based on his training and experience, that this behavior is consistent with carrying a firearm, and the officer relayed his observations to other officers involved in the proactive investigation. Officers were aware that SHANKLE was

2

previously convicted of a felony and that it was illegal for SHANKLE to possess a firearm.

5.      Officers continued to watch SHANKLE as he left Prospect Drive and drove to the Chicken Box Café on West Sugar Creek Road in Charlotte, North Carolina.

6.      Officers approached SHANKLE while he was exiting the Chicken Box Café and walking toward his black Lincoln sedan. Upon the officers' approach, SHANKLE abruptly began moving towards the passenger seat of his unoccupied vehicle. One of the officers stated, "Hey man, how are you?". SHANKLE then opened the passenger side door and said something to the officer. Simultaneously, SHANKLE attempted to draw a handgun from a concealed position on his right hip.

7.      A struggle ensued while officers attempted to disarm SHANKLE. Officers were able to dislodge the firearm from SHANKLE'S hand, and the gun fell to the floorboard area of the car. SHANKLE then used his left hand to draw a second firearm from a fully concealed area in his left waistband. Officers attempted to dislodge this second firearm from SHANKLE'S grip. SHANKLE would not let go of the firearm. At this point an officer discharged his duty weapon, striking SHANKLE in the head and rendering him unconscious. Officers secured both firearms and began lifesaving efforts on SHANKLE until medic arrived and transported him to a local hospital.

8.      It was determined that SHANKLE was in possession of a Ruger, Model P94, 40 caliber semiautomatic pistol and a Keltec, Model P3AT, .380 caliber semiautomatic pistol.

9.      The Keltec .380 caliber firearm was reported stolen on October 1, 2021, in Charlotte, North Carolina. Special Agents with the ATF Violent Crimes Task Force

(Charlotte) determined that neither firearm was manufactured in North Carolina. This confirmed that these firearms effected interstate commerce.

10.     On August 7, 2013, SHANKLE plead guilty to two (2) counts of distribution of cocaine base, violations of Title 21, United States Code, Section 841(a)(1), and distribute cocaine within 1000 feet of a school, a violation of Title 21, United States Code, Section 860, in the Western District of North Carolina. SHANKLE was sentenced to fifty (50) months in the Bureau of Prisons along with three (3) years of supervised release. Upon SHANKLE'S release from prison he violated the terms of his release. A violation petition was issued and SHANKLE was taken back into custody by the US Marshals after a lengthy manhunt. On January 28, 2019, SHANKLE was sentenced to twenty (20) months in the Bureau of Prisons for the violation along with one (1) year supervised probation.

## CONCLUSION

Based on my training, experience, and the facts of this investigation, I respectfully submit that there is probable cause to believe that Marcus Jamal SHANKLE violated Title 18, United States Code, Section 922(g)(1). Therefore, I respectfully request that the Court issue a criminal complaint and arrest warrant for the same.

4

Respectfully submitted,

> /s/ B.M. Wiggins
> B.M. Wiggins
> Task Force Officer
> Bureau of Alcohol, Tobacco, Firearms
> and Explosives

*This affidavit has been reviewed by AUSA Timothy Sielaff.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 24th day of October, 2024, at 8:59 AM.

Susan C. Rodriguez
United States Magistrate Judge

5